| PROB 22 (Rev. 1/24) | | DOCKET NUMBER (Tran. Court) 3:19CR00164 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3 DOCKET NUMBER (Rec. Court) 2:24-cr-00259-CDS-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Ohio Southern | DIVISION Dayton |
|---|---|---|
| **Kent Hatley Cosey** | NAME OF SENTENCING JUDGE Walter H. Rice, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/09/2023 | TO 01/08/2028 |

**OFFENSE**
Conspiracy to Possess with Intent to Distribute and Distribute in Excess of 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/educational opportunities, violation of supervision)
Mr. Cosey has resided in the District of Nevada since commencement of supervised release and intends to remain there for the duration of his supervision. Additionally, Mr. Cosey has established a stable residence and has strong familial ties here.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    **Southern District of Ohio**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

_11-14-24_
Date

_Walter H. Rice_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    **District of Nevada**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_12/06/2024_
Effective Date

Cristina D. Silva, United States District Judge